
January 16, 2018

Mr. Ryan Brill

Dear Ryan:

Even though the year just started, we are planning for Spring. At the time of your layoff in December Trish communicated with you about a return mid-February 2018. We have looked at the calendar and would like for you to return to work on Monday, February 12 so we can properly plan for the Flower and Garden Show and the start of landscape season sometime in March.

Please let me know your willingness to return to work by this time next week. You can call or email me (312-282-4888 or rogerpost@christywebber.com). If I do not hear from you by the end of the day on Wednesday January 23, 2018 we will assume that you are not interested in returning to work at Christy Webber Landscapes and we will look elsewhere to fill the position.

Sincerely,

Roger Post
Vice President

Sent by email to:

Sent by mail to: