

2900 W Ferdinand, Chicago, Illinois 60612
*p:* 773.533.0477   *f:* 773.533.0771
christywebber.com

January 31, 2018

Mr. Ryan Brill

Dear Ryan:

I received your response to my letter dated January 16, 2018. Unfortunately, since my letter to you, we have preliminarily closed our books for 2017 and based on those results we have decided not to fill the position of Senior Operations Manager in the Non-Union Construction Department. Therefore we are not able to offer you a position at this time.

Sincerely,

Roger Post
Chief Financial Officer